**E-FILED**
Tuesday, 02 September, 2008  02:45:24 PM
Clerk, U.S. District Court, ILCD

08-1219
Simmons v Stockstill, et al

Exhibit - DVD of Kenneth Simmons Arrest June 16, 2004

Stored conventionally in court file in Clerk's Office